| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Growing and Learning Aacdemy, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  83-2319222

**4. Debtor's address**

Principal place of business

21 Davis Avenue
Kearny, NJ 07032
Number, Street, City, State & ZIP Code

Hudson
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Growing and Learning Aacdemy, LLC**                                                    Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __6244__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
|  |  |  |
|  |  |  |

Debtor **Growing and Learning Aacdemy, LLC** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

---

### ▬ Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Growing and Learning Aacdemy, LLC**  Case number (*if known*)
Name

- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Growing and Learning Aacdemy, LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 11, 2024**
MM / DD / YYYY

X **/s/ Stefanie Sanchez**                                      **Stefanie Sanchez**
Signature of authorized representative of debtor           Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Kenneth L. Baum, Esq.**                              Date **January 11, 2024**
Signature of attorney for debtor                                    MM / DD / YYYY

**Kenneth L. Baum, Esq.**
Printed name

**Law Offices of Kenneth L. Baum LLC**
Firm name

**201 W. Passaic Street
Suite 104
Rochelle Park, NJ 07662**
Number, Street, City, State & ZIP Code

Contact phone  **(201) 853-3030**    Email address  **kbaum@kenbaumdebtsolutions.com**

Bar number and State

Fill in this information to identify the case:

Debtor name: **Growing and Learning Aacdemy, LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 436 Harrison Avenue Group, LLC PO Box 110 Liberty Corner, NJ 07938 | | Plaintiff in pending lawsuit | Disputed | | | $0.00 |
| American Express PO Box 1270 Newark, NJ 07101 | | | | | | $5,598.00 |
| Effective Alarms 38 Johnson Avenue Kearny, NJ 07032 | | | | | | $176.00 |
| Home Base 835 Howard Street San Francisco, CA 94103 | | | | | | $59.95 |
| Intuit 2700 Coast Avenue Mountain View, CA 94043 | | QuickBooks subscription | | | | $115.00 |
| Intuit Financing Inc. 2700 Coast Avenue Mountain View, CA 94043 | | Business Loan Agreement | | | | $6,900.00 |
| PSE&G PO Box 14444 New Brunswick, NJ 08906-4444 | | | | | | $265.12 |
| Rene Gonzalez, CPA 7327 Broadway North Bergen, NJ 07047 | | Accounting services | | | | $170.00 |

Debtor **Growing and Learning Aacdemy, LLC**     Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Administration Office of Business Development 409 Third Street SW Suite 8800 Washington, DC 20416** | | **Debtor's tangible and intangible assets** | | **$53,231.72** | **Unknown** | **Unknown** |
| **Strategic Insurance Partners 492 Franklin Avenue Nutley, NJ 07110** | | **General liability policy** | | | | **$1,759.00** |
| **Strategic Insurance Partners 492 Franklin Avenue Nutley, NJ 07110** | | **Workers compensation policy** | | | | **$656.00** |
| **Verizon PO Box 15124 Albany, NY 12212-5124** | | | | | | **$113.59** |
| **Vyzas & Associates, P.C. 20 Oakland Avenue Linden, NJ 07036** | | **Legal services** | **Unliquidated** | | | **$0.00** |

```
436 Harrison Avenue Group, LLC
PO Box 110
Liberty Corner, NJ 07938


American Express
PO Box 1270
Newark, NJ 07101


Andres Rodriguez
54 William Street
North Arlington, NJ 07031


Effective Alarms
38 Johnson Avenue
Kearny, NJ 07032


Elias Abilheira, Esq.
Abilheira & Associates, P.C.
42 East Main Street
Suite 301
Freehold, NJ 07728


Home Base
835 Howard Street
San Francisco, CA 94103


Intuit
2700 Coast Avenue
Mountain View, CA 94043


Intuit Financing Inc.
2700 Coast Avenue
Mountain View, CA 94043


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Rene Gonzalez, CPA
7327 Broadway
North Bergen, NJ 07047
```

```
Small Business Administration
Office of Business Development
409 Third Street SW
Suite 8800
Washington, DC 20416


Strategic Insurance Partners
492 Franklin Avenue
Nutley, NJ 07110


Strategic Insurance Partners
492 Franklin Avenue
Nutley, NJ 07110


Verizon
PO Box 15124
Albany, NY 12212-5124


Vyzas & Associates, P.C.
20 Oakland Avenue
Linden, NJ 07036
```

# United States Bankruptcy Court
### District of New Jersey

In re  **Growing and Learning Aacdemy, LLC**                              Case No.
                                          Debtor(s)                       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Growing and Learning Aacdemy, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 11, 2024** | **/s/ Kenneth L. Baum, Esq.** |
| Date | **Kenneth L. Baum, Esq.** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Growing and Learning Aacdemy, LLC** |
| | **Law Offices of Kenneth L. Baum LLC** |
| | **201 W. Passaic Street** |
| | **Suite 104** |
| | **Rochelle Park, NJ 07662** |
| | **(201) 853-3030 Fax:(201) 584-0297** |
| | **kbaum@kenbaumdebtsolutions.com** |